CHARLES N. NELSON and others *vs.* EMIL MUNCH and others.

January 9, 1883.

The judgment in this action was, on defendants' appeal to this court, modified. See 28 Minn. 314. On respondents' motion, costs of this court were taxed by the clerk in their favor, as the prevailing party. Appellants (defendants) appeal from this taxation of costs.

*E. C. Palmer,* for plaintiffs.

*H. J. Horn,* for defendants.

*By the Court.* Where several plaintiffs or defendants bring an appeal from a judgment, and it is modified as to some of the appellants and affirmed as to the others, the respondent is entitled to costs and disbursements against those as to whom it is affirmed, and those as to whom it is modified are entitled to costs and disbursements against the respondent. The clerk's taxation is set aside and costs will be taxed in accordance herewith.